UNITED STATES, Appellee

v

HERMAN LINDSEY, Acting Staff Sergeant,
U. S. Marine Corps, Appellant

11 USCMA 38, 28 CMR 262

No. 13,429

Decided November 20, 1959

*Lieutenant Colonel E. W. Johnson,* USMC, was on the brief for Appellant, Accused.

*Commander Craig McKee,* USN, was on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The decision of the board of review is reversed and the action of the convening authority is set aside. United States v Bennie, 10 USCMA 159, 27 CMR 233. The record of trial is returned to The Judge Advocate General of the Navy for reference to a competent convening authority for further proceedings under Articles 61 and 64, Uniform Code of Military Justice, 10 USC §§ 861, 864.

Judge FERGUSON concurs.

Judge LATIMER dissents.